IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GLENN DIXON,

                Plaintiff,                    ORDER

v.

                                         12-cv-611-wmc

JOHN DOE NOS. 1-7,

                Defendants.

---

     Plaintiff Glenn Dixon has filed a complaint under 42 U.S.C. § 1983, alleging that the defendants violated his civil rights. The court has granted Dixon leave to proceed *in forma pauperis* and he has paid an initial partial filing fee in compliance with 28 U.S.C. § 1915(b)(1). Because Dixon is incarcerated, his case is governed by the Prison Litigation Reform Act (the "PLRA"), which requires the court to screen all prisoner complaints to determine whether any of the proposed claims are (1) frivolous or malicious; (2) fails to state a claim on which relief may be granted; or (3) seeks money damages from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b).

     In the pending complaint, Dixon alleges that six John Doe (Nos. 2-7) correctional officers used excessive force against him on September 8, 2011, at the Columbia Correctional Institution. Dixon alleges further that a John Doe Captain (John Doe No. 1) observed the incident, but failed to intervene. The court cannot complete the screening process with respect to these claims because Dixon does not provide sufficient information about the defendants.

So that the court can complete its review of his claims, Dixon will be instructed to file an amended complaint using a form approved for use by prisoners bringing claims under the Civil Rights Act, 42 U.S.C. § 1983. The amended complaint must be limited to the alleged use of force asserted in the original complaint and may assert no unrelated claims or new parties. Dixon is directed to complete the complaint form to the best of his ability by providing as many details about the defendants (John Doe Nos. 1-7) as possible. If he does not know the defendant's exact name, he should provide a description (*i.e.*, age, height, weight, physical characteristics, etc.) on a separate piece of paper attached to the complaint form. In addition, Dixon is directed to state the time of day and describe the location (*i.e.*, what area of the prison) that the alleged use of force occurred. If possible, Dixon shall include copies of the following: (1) the grievances filed in connection with the incident that forms the basis of his claims, along with any administrative response; and (2) any other administrative investigation that may have been done regarding the incident.

ORDER

IT IS ORDERED that:

1. Plaintiff Glenn Dixon shall file an amended complaint using a form approved for use by prisoners under the Civil Rights Act, 42 U.S.C. § 1983, using the attached form or other similar form available at the prison law library, within **thirty (30) days** from the date of this order.

2. Dixon's pending motion for appointment of counsel, dkt. # 2, is DENIED, at this time, subject to reconsideration by the court after Dixon complies with this order.

3. Dixon is advised to comply with this order to the best of his ability. Dixon is further advised that his failure to comply as directed may result in dismissal without further notice under Fed. R. Civ. P. 41(b).

Entered this 15th day of February, 2013.

                                    BY THE COURT:

                                    /s/
                                    PETER OPPENEER
                                    Magistrate Judge