IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENN DIXON,

    Plaintiff,

v.

TIMOTHY CASIANA, MICHAEL RATACZAK, JASON CAUDILLO, TRACY KOPHFAMER and KEVIN PITZEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-611-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Timothy Casiana, Michael Rataczak, Jason Caudillo, Tracy Kophfamer and Kevin Pitzen granting their motion for summary judgment and dismissing this case.

/s/                                                                            8/7/2014

Peter Oppeneer, Clerk of Court                        Date